NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

GERARDO GUYTAN, *Petitioner*.

No. 1 CA-CR 24-0575 PRPC

FILED 04-24-2025

Petition for Review from the Superior Court in Maricopa County
No. CR1995-008243
The Honorable Joseph Shayne Kiefer, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Philip D. Garrow
*Counsel for Respondent*

Gerardo Guytan, Buckeye
*Petitioner*

**MEMORANDUM DECISION**

Presiding Judge Kent E. Cattani, Judge Samuel A. Thumma, and Judge Angela K. Paton delivered the decision of the Court.

**PER CURIAM**:

¶1        Petitioner Gerardo Guytan seeks review of the superior court's orders dismissing his fourth petition for post-conviction relief.

¶2        Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012). It is the petitioner's burden to show that the superior court erred in denying his petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

¶3        We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. His claims were precluded by his earlier petitions. Ariz. R. Crim. P. 32.2(a)(2), (3). Petitioner has not established error.

¶4        We grant review but deny relief.



MATTHEW J. MARTIN • Clerk of the Court
**FILED**:      JR